

# NUMBER 13-22-00385-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE EAZY LEE OCANAS

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

Relator Eazy Lee Ocanas filed a second pro se petition for writ of mandamus contending that he has not received the appropriate amount of jail time credit arising from his conviction in cause number CR-2687-21-B in the 93rd District Court of Hidalgo County, Texas. In a previous original proceeding, relator made the same assertion and the State contended that judgments nunc pro tunc had been provided to the district clerk and the Texas Department of Criminal Justice, and the relator had already received the requested relief. Accordingly, we dismissed that original proceeding as moot. *See In re Ocanas*, No. 13-22-00340-CR, 2022 WL 3162202, at *1–2 (Tex. App.—Corpus Christi–

Edinburg Aug. 8, 2022, orig. proceeding) (mem. op., not designated for publication). Here, relator asserts that an appropriate calculation of his jail time credit would result in release on August 28, 2022, yet he is not scheduled to be released until September 18, 2022.

The Court requests that the real party in interest, the State of Texas, acting by and through the Hidalgo County District Attorney, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of three days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
23rd day of August, 2022.

2